COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     In the Interest of J.J.D.W., J.D.W., J.J.F.W., J.L.W., J.L.J.W. aka J.L.J.W., Children

Appellate case number:   01-19-00434-CV

Trial court case number: 2016-44860

Trial court:             308th District Court of Harris County

Appellant, J.J.W., has filed a motion for an extension of time to file his appellant's brief. The motion is **granted**. **The briefs of appellant, J.J.W., and appellant, L.C., are due no later than AUGUST 19, 2019.** *See* TEX. R. APP. P. 38.6(d).

Because this appeal involves the termination of the parent-child relationship, this Court is required to bring the appeal to final disposition within 180 days of the date the first notice of appeal was filed, so far as reasonably possible. *See* Tex. R. Jud. Admin. 6.2, *reprinted in* Tex. Gov't. Code Ann., tit. 2, subtit. F app. **Accordingly, no extensions of time will be granted absent extraordinary circumstances**

It is so ORDERED.

Judge's signature: /s/ Russell Lloyd
                    ☑ Acting individually     ☐ Acting for the Court

Date:      July 30, 2019